Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)   FILED 14 SEP '23 16:21 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Emmanuel Adeyinka
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Tyres
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:23-CV-1342-HZ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Emmanuel Adeyinka
Address: P.O. Box 8131
City: Portland  State: OR  Zip Code: 97207
County:
Telephone Number: 503-929-5217
E-Mail Address: daysnews94@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Harris County District
Job or Title (if known):
Address: 201 Caroline Suite 420
City: Houston  State: TX  Zip Code: 77002
County: Harris
Telephone Number: 832-927-5800
E-Mail Address (if known):

[ ] Individual capacity  [x] Official capacity

Defendant No. 2
Name: B. Sanderson
Job or Title (if known): officer
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[x] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Roberto Rodriguez
Job or Title (if known): polygrapher
Address: 10110 Northwest freeway
City: Houston  State: TX  Zip Code: 77092
County:
Telephone Number:
E-Mail Address (if known):

☑ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: Texas Sex Offender Registration program
Job or Title (if known):
Address:
City: Houston  State: TX  Zip Code:
County:
Telephone Number: 713-308-1180, 832 384-1913
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4 Amendment and 5 Amendment
14 Amendment and 15 Amendment - double jeopardy
nor deny to any person within its jurisdiction

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4 Amendment unreasonable searches and seizures, 14.

   D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Self - Incrimination I was force to Take a polygraph, double Jeopardy

III.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.   Where did the events giving rise to your claim(s) occur? In front of my [scribbled out] my residential Address

   B.   What date and approximate time did the events giving rise to your claim(s) occur?

        9/08/16    11:00 clock at night.

   C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

        The officer Approach me In front of my House. extorted me to Jail

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes during the dwelling period.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

45 million award returnty of seized property

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/14/23

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Emmanuel Adeyinka

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____ City ____ State ____ Zip Code
Telephone Number: _____
E-mail Address: _____

## Harris County Criminal District Docket Sheet

| THE STATE OF TEXAS VS. ADEYINKA, EMMANUEL ADEWALE | |
|---|---|
| **Cause No.:** 15226470101A-3  **Court:** 339th | **Bond:** |
| **Offense:** RETALIATION   **Level:** 3rd Degree Felony | **Next Setting:** |
| **Charging Instrument:** POSTCW - 11.07 (NON-DEATH)/11.071 (DEATH) | **Case Disposition:** Disposed |
| | **Case Status:** Complete |
| | **Defendant Status:** Disposed |

**GENERAL ORDERS OF THE COURT**

### Docket Sheet Entries

| Date | Comment |
|---|---|
| 5/21/2019 | ORDER: ST PROP FINDINGS OF FACT |

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br><br>EMANUEL ADEYINKA<br>10811 RICHMOND AVE #18<br>HOUSTON, TX 77042 | **01634640**<br><br>SPN:<br>DOB: B M 08/02/1980<br>DATE PREPARED: 9/5/2016 | D.A. LOG NUMBER: 2289047<br>CJIS TRACKING NO.:9172152281-A001<br>BY: MM  DA NO:<br>AGENCY: HPD<br>O/R NO: 113753216<br>ARREST DATE: 09/05/2016 |
| NCIC CODE: 5004 30<br>FELONY CHARGE: **RETALIATION**<br>CAUSE NO:<br>HARRIS COUNTY DISTRICT COURT NO:<br>FIRST SETTING DATE: | RELATED CASES:<br><br><br><br>**1522647**<br>**339** | <br><br><br>BAIL: $5000<br>PRIOR CAUSE NO: |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **EMANUEL ADEYINKA**, hereafter styled the Defendant, heretofore on or about **SEPTEMBER 05, 2016**, did then and there unlawfully, intentionally and knowingly harm and threaten to harm B. SANDERSON by an unlawful act, namely MURDER, in retaliation for and on account of the service and status of B. SANDERSON as a public servant.

FILED
Chris Daniel
District Clerk
OCT 11 2016
Harris County, Texas
Time:_____ By,_____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

00064